AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FILED

08 JAN 18 AM 10: 59

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDU_   DEPUTY

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

The property located at:
9369 Dowdy Drive, Suite G
San Diego, California

**SEARCH WARRANT**

CASE NUMBER:
'08 MJ 0152

TO: <u>Leslie Y. Gorman, Special Agent, EPA</u>_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Leslie Y. Gorman _____ who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment "A" (incorporated herein).

· in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment "B" (incorporated herein).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ *1-26-08* _____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established), and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____ Nita L. Stormes _____
as required by law.
U.S. Judge or Magistrate

_____ *1-16-08* _____       at   *San Diego CA* _____
Date and Time Issued                City and State

Nita L. Stormes, U.S. Magistrate Judge

Name and Title of Judicial Officer              Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/14/08 | 01/17/08  9:00am | Tim Lee |

INVENTORY MADE IN THE PRESENCE OF

Tim Lee / Scott Douglas

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached form, 2 pages

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

*Kristin G. German*

Subcribed, sworn to, and returned before me this date.

*[signature]*                    1-18-08

U.S. Judge or Magistrate          Date

<u>ATTACHMENT A</u>

The premises to be searched is the office located at 9369 Dowdy Drive, Suite G, in San Diego, California.  The building which is address 9369 Dowdy Drive is located between Silverton Avenue and Stromesa Court, on the east side of Dowdy Drive in a large, single story concrete warehouse-type building.  The numbers "9369" are located at the top of the south side of the building facing Dowdy Drive.  Suite G is located in the northwest corner of the building with a front door which faces to the west.  See photograph attached hereto as Exhibit 1.  A large white oval sign bearing the words "Clean Harbors" in red and "Environmental Services" in black is located above the front door. See photograph attached hereto as Exhibit 2.  Near the top of the dark glass door are yellow letters that read "Clean Harbors Environmental Services".  Concrete steps lead up to the front door.

# EXHIBIT 1



# EXHIBIT 2



ATTACHMENT B

This authorization includes the search of physical documents and includes electronic data to include deleted data, remnant data and slack space. The seizure and search of computers and computer media will be conducted in accordance with paragraph 59 of the affidavit submitted in support of this warrant. Evidence to be seized includes the following:

 1. The following records for the period from April, 2005, through the present:

  a. all permanent and temporary files containing records relating to the purchase, sale, transfer, storage, inventory, distribution, and shipment and disposal of CFCs and unregistered pesticides, including DDT and chlordane;

  b. all permanent and temporary files containing purchase orders, packing lists, invoices, bills of lading, receipts, electronic mail, PayPal records, and other records related to the shipping of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

  c. all permanent and temporary files containing correspondence, facsimiles, records of telephone conversations relating to the sale, and distribution of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

  d. all permanent and temporary files containing records identifying the buyer, recipient, seller, shipper and/or broker of CFCs, and unregistered pesticides;

  e. all permanent and temporary files containing financial records, including ledgers, records of wire transfers, bank statements and cancelled checks, indicating the transfer of funds relating to purchases, sales and shipment of CFCs and unregistered pesticides by David Grummer and/or Free Electronic Disposal;

  f. all permanent and temporary files containing telephone books, day planners, rolodexes, business cards and other documents identifying persons doing business with David Grummer;

  g. all permanent and temporary files containing copies of CAA Section 609 Certifications for purchasers of CFCs;

  h. all permanent and temporary files containing David Grummer's hazardous materials training records, including training records regarding the shipment of hazardous materials;

I.       all permanent and temporary files containing records related to the storage of CFCs and unregistered pesticides, including records of the date of accumulation of the hazardous materials;

j.       all permanent and temporary files containing records related to the transportation of hazardous materials by David Grummer;

k.       all permanent and temporary files containing records related to the purchase, sale, shipment, transportation, and storage of hazardous materials by David Grummer for commercial purposes;

l.       all permanent and temporary files containing records, notes, lists, memorandums, or other media showing user names, account names, passwords, personal identification numbers that are related to the access of electronically stored data;

m.       all permanent and temporary files containing records related to communications between David Grummer and/or Free Electronics Disposal, and Federal Express and other interstate commercial transporators, including invoices, billing statements, delivery records, shipping records, and records of payment, relating to shipments of CFCs and unregistered pesticides;

n.       all permanent and temporary files containing records related to federal rules and regulations applicable to the shipment or transportation of hazardous materials, including brochures, pamphlets, industry publications, guidance letters, information printed from internet websites and training materials;

o.       all permanent and temporary files containing records indicating the method and means that David Grummer obtained the unregistered pesticides and CFCs, including intake records, electronic mail, correspondence, facsimiles, records of telephone conversations and records of accumulated storage time;

p.       all permanent and temporary files containing hazardous waste manifests and other records of the transportation, storage and disposal of hazardous waste by David Grummer;

q.       all permanent and temporary files containing records of offers to sell and distribute for sale CFCs and unregistered pesticides over the internet, including but not limited to eBay, Agriseek and other postings, and records of payment for such transactions, including but not limited to PayPal records and records of wire transactions;

2

FD-597 (Rev 8-11-94)    Page _____ of _____ 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249 - SD - 69526

On (date) 1-17-08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Clean Harbors Environmental Services

(Street Address) 9369 Dowdy Dr

(City) San Diego, CA 92126

Description of Item(s): Found on David Grummer's desk

Straight Bill of Lading

Invoices

Inventory forms

Receiving Reports

Binder - Homeland Log RSWA

Binder Blue Dept of Transport Training Manual

Binder white DOT Exemption Manual

Red File folder - personal cases

Binder - Black Vista Job Binder

Notebook - hand written names + phone #'s

Pickup lists

Household Haz Waste Programs log's

Haz Waste Manifest

Fed X Shipping Receipts

DEA Control Substance List

Nothing Further

mj

Received By: _____ (Signature)    Received From: _____ (Signature)

SA Charles Chabalko (FBI)

FD-597 (Rev 8-11-94)

Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69526

On (date) 1-17-08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) CLEAN HARBORS ENVIRONMENTAL SERVICES

(Street Address) 9369 DOWDY DR

(City) SAN DIEGO, CA 92126

Description of Item(s): (1) ONE ORIGINAL CERTIFICATE of COMPLETION
for DAVID GRUMMER (40 HR Hazardous Waste Training)
(1) ONE COPY of Certificate of Completion for DAVID
GRUMMER (8 HR Hazardous Waste Training) Both certificates were
provided by Kip McBride
ONE PED FILE; Employee File for DAVID Grummer (provided CWF
(1) One computer forensic image of Dell
Optiplex 745, Service TAG # DSXLFC1, S/N # 5LRAPEJS- 80GB HDD
(retained by EPA)

Received By: _____
(Signature)

Received From: _____
(Signature)

SA Charles Chabalko (FBI)